UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRANDON KOMBERT-ROSENBLATT,

       Plaintiff,

  -v-

COREY HESTER and HIDDEN PPF, LLC,

       Defendants.

---

23-cv-1621 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On May 1, 2023, defendants Corey Hester and Hidden PPF, LLC filed a motion to dismiss plaintiff Brandon Kombert-Rosenblatt's Complaint. After full consideration of the parties' written submissions and oral arguments, the Court hereby grants defendants' motion in part and denies that motion in part. Specifically, the Court hereby grants defendants' motion with respect to: (a) Count I to the extent that it asserts that defendants breached the Operating Agreement by failing to provide plaintiff with notice and an opportunity to participate at the meeting at which Hester purportedly amended the Operating Agreement; (b) Count II; (c) Count III; (d) Count V; and (e) Count VI. Defendants' motion is denied in all other respects. An opinion explaining the reasons for this ruling will follow in due course.

SO ORDERED.

Dated:   New York, NY

        June 16, 2023

                                            JED S. RAKOFF, U.S.D.J.