```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BRANDON KOMBERT-ROSENBLATT,<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>COREY HESTER AND HIDDEN, PPF,<br>LLC,<br><br>　　　　Defendants. | 23-cv-1621 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On July 14, 2023, counsel informed the Court that the parties had reached a settlement in principle. See Dkt. No. 32. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

　　SO ORDERED.

New York, NY  
July 24, 2023

　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1